UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

ALOK K. SETHI                                                         Case No.: 2:23-cv-26

      Plaintiff,

vs.

CONTINENTAL SERVICE GROUP, INC.
d/b/a CONSERVE

      Defendant.

---

### DEFENDANT CONTINENTAL SERVICE GROUP, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Continental Service Group, Inc. ("ConServe") hereby removes this action from the Allegheny County Court of Common Pleas, Pennsylvania. As grounds for removal, ConServe states as follows:

1. Plaintiff Alok Sethi filed his state court Complaint on December 15, 2022 in the Court of Common Pleas in and for Allegheny County, Pennsylvania.

2. This is a civil action based on Plaintiff's contention that the Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA")

3. Pursuant to 28 U.S.C. § 1331, removal is proper because this case involves a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Court of Common Pleas in and for Allegheny County, Pennsylvania.

8. Plaintiff did request a jury trial in the state court matter.

WHEREFORE, Defendant Continental Service Group Inc. gives notice that this action is hereby removed from the Allegheny County, Court of Common Pleas, State of Pennsylvania to the United States District Court for the Western District of Pennsylvania.

Dated: January 6, 2023

**LIPPES MATHIAS LLP**

/s Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com